No. 808. BAXTER v. EMORY UNIVERSITY ET AL. April 29, 1940. Petition for writ of certiorari to the Circuit

Court of Appeals for the Fifth Circuit denied. *Mr. Irving K. Baxter* for petitioner.